UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                       Criminal No. 12-cr-50-01-JL

Jason Spurlin

O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted; Final Pretrial is rescheduled to July 30, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  /s/ Joseph N. Laplante
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: May 21, 2012

cc:  Jonathan Saxe, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation